UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-208-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELEAZAR CORTEZ GUERRERO | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 42 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 15th day of December, 2014.

*[signature: Louise W. Flanagan]*
LOUISE WOOD FLANAGAN
United States District Judge