UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-208-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| ELEAZAR CORTES GUERRERO | |

On motion of the Defendant, Eleazar Cortes Guerrero, and for good cause shown, it is hereby ORDERED that the **[DE 45]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 30th day of December, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge